GERALD SCHWARTZ, Respondent, v. JAMES J. LEE et al., Constituting the Board of Trustees of the Incorporated Village of Muttontown, et al., Appellants.

922

Rabin, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur. [50 Misc 2d 533.]